UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DECLARATION IN SUPPORT OF MOTION TO PERMIT JAIL VISITS |
| - versus - | Criminal Docket No. |
| HAMZA AHMED, | 15-cr-49 (MJD/FLN) |
| Defendant. | |

JANEANNE MURRAY hereby declares under penalty of perjury as follows:

1. I represent Hamza Ahmed, the twenty year-old defendant in the above-captioned action, charged with conspiracy to provide material support to ISIS, attempt to provide material support, and false statements, arising out of his alleged planned trip to Syria via Turkey on November 8, 2014.

2. I submit this declaration in support of my motion for an order permitting ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, to visit Mr. Ahmed at Sherburne County Jail, on an in-person basis. A draft order is annexed to this motion as Exhibit A. I understand from speaking to representatives of the jail that such an order is required if the jail is to permit ▇▇▇▇▇▇▇ to have in-person meetings with Mr. Ahmed. ▇▇▇▇▇▇▇ resume is attached as Exhibit B.

3. Given Mr. Ahmed's current 23-hour lock-down status (imposed by the jail for his own protection), I believe these visits could prove beneficial to Mr. Ahmed's mental well-being.

4. I have discussed this application with AUSA Andrew Winter, who has reviewed ▇▇▇▇▇▇▇ resume, as well as other materials I have provided to him about ▇▇▇▇▇▇▇. Mr. Winter has no objection to the application, and in particular, consents to ¶ 2 of the attached order, which clarifies that ▇▇▇▇▇▇▇ meetings with Mr. Ahmed will be subject to the confidentiality requirements set forth in Minnesota Statutes § 595.02(g).

2

5. Mr. Ahmed also consents to these meetings.

6. I am filing a redacted version of this motion on ECF to protect ▮▮▮▮▮▮▮ identity.

Date: Minneapolis, Minnesota
April 8, 2015

Respectfully submitted,

MURRAY LAW LLC

By:_____

Attorney for Defendant Hamza Ahmed
310 South Fourth Avenue, Suite 5010
Minneapolis, MN 55415