UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　- versus -<br><br>HAMZA AHMED,<br>　　　　　　　　　　　Defendant. | ORDER<br><br>Criminal Docket No.<br><br>15-cr-49 (MJD/FLN) |

To:   The Sheriff, Sherburne County Jail
　　　13880 Business Center Dr NW
　　　Elk River, MN 55330

Based on the motion by counsel for Hamza Ahmed, dated April 8, 2015, and with the consent of the U.S. Attorney for the District of Minnesota, it is hereby

ORDERED that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ be permitted to have in person meetings with Mr. Ahmed during professional visiting times at Sherburne County Jail ("Sherburne"), throughout the pendency of Mr. Ahmed's detention at Sherburne.  It is further

Ordered that such meetings will be subject to the confidentiality requirements set forth in Minnesota Statutes § 595.02(g).

Date:   Minneapolis, Minnesota
　　　　April __, 2015

　　　　　　　　　　　　　　　　　　　　　SO ORDERED


　　　　　　　　　　　　　　　　　　　　　Hon. Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States District Court
　　　　　　　　　　　　　　　　　　　　　for the District of Minnesota