UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-49 (MJD/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>    Plaintiff, )<br>        )<br>v.      )<br>        )<br>HAMZA NAJ AHMED, )<br>        )<br>    Defendant. ) | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO PERMIT JAIL VISITS** |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Andrew R. Winter, Assistant United States Attorney, hereby submits the Government's Response to Defendant's Motion to Permit Jail Visits (Docket Entry #26).

The government has reviewed Defendant's submissions in support of his motion. Based upon defense counsel's representations, the government has no objection to the Defendant's motion as stated in Docket # 26.

Dated:  April 17, 2015

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/ Andrew R. Winter*

BY: ANDREW R. WINTER
Assistant U.S. Attorney
Attorney ID No. 0232531