UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATEOF AMERICA,<br><br>        - against -<br><br>HAMZA AHMED,<br><br>                              Defendant. | MOTION TO DISMISS COUNTS IN THE INDICTMENT AND INSPECT GRAND JURY MINUTES<br><br>15-CR-49 (MJD/FLN) |

Hamza Ahmed, through his attorney, respectfully moves the Court for an order dismissing Counts One and Two of the indictment for failure to allege the elements of the offense, or the alternative, moves for the production and inspection of grand jury transcripts.

This motion is based on all records, files and proceedings thus far in this case, and is set forth in full in the supporting memorandum.

Date:  New York, New York
         April 29, 2015

Respectfully Submitted.

*/s/ Janeanne Murray/*

JANEANNE MURRAY
Registration No. 0384887
Murray Law LLC
Attorneys For Hamza Ahmed
The Flour Exchange Building
310 Fourth Avenue South
Minneapolis, MN 55415
Tel.  (612) 339-5160