UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                                    Plaintiff,

              - against -

HAMZA AHMED,

                                    Defendant.

MOTION TO MODIFY
CONDITIONS OF RELEASE

15-CR-49 (MJD/FLN)

        Hamza Ahmed, through his attorney, respectfully moves the Court for an order releasing

him, pursuant 18 U.S.C. § 3142, based on the accompanying bail release proposal.

Date:   New York, New York
        June 25, 2015

                                    Respectfully Submitted.

                                        /s/

                                    JANEANNE MURRAY
                                    Registration No. 0384887
                                    Murray Law LLC
                                    Attorneys For Hamza Ahmed
                                    The Flour Exchange Building
                                    310 Fourth Avenue South, Suite 5010
                                    Minneapolis, MN 55415
                                    Tel.  (612) 339-5160