UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>HAMZA AHMED, et al.,<br><br>                        Defendants. | JOINT MOTION TO DISMISS COUNTS IN THE INDICTMENT AND INSPECT GRAND JURY MINUTES<br><br>15-CR-49 (MJD/FLN) |

The undersigned defendants, through counsel, respectfully move the Court for an order dismissing Counts One through Four of the indictment for failure to allege an essential element of the offense, or in the alternative, move for the production and inspection of grand jury transcripts. This motion is based on all records, files and proceedings thus far in this case, and is set forth in full in the supporting memorandum.

Dated: August 7, 2015

MURRAY LAW, LLC

By:  *s/JaneAnne Murray*
JaneAnne Murray, #384887
The Flour Exchange Building
310 Fourth Avenue South, #5010
Minneapolis, Minnesota 55415
Telephone: (612) 339-5160
jm@mlawllc.com

**ATTORNEY FOR HAMZA NAJ AHMED**

Dated: August 7, 2015

PAUL ENGH LAW OFFICE
By:  *s/Paul C. Engh*
Paul C. Engh, #134685
220 South Sixth Street, # 1225
Minneapolis, Minnesota 55402
Telephone: (612) 252-1100
engh4@aol.com

**ATTORNEY FOR ADNAN ABDIHAMID FARAH**

Dated: August 7, 2015                    DELEON & NESTOR, LLC

By: ___*s/Bruce D. Nestor*___
Bruce D. Nestor, #0318024
3547 Cedar Avenue South
Minneapolis, Minnesota 55407
Telephone: (612) 659-9019
Facsimile: (612) 436-3664
nestor@dnestlaw.com

**ATTORNEY FOR ABDURAHMAN YASIN DAUD**

Dated: August 7, 2015                    FELHABER LARSON

By: ___*s/Jon M. Hopeman*___
Jon M. Hopeman, #47065
Marnie E. Fearon, #305078
220 South Sixth Street, # 2200
Minneapolis, Minnesota 55402
Telephone: (612) 339-6321
Facsimile: (612) 338-0535
jhopeman@felhaber.com
mfearon@felhaber.com

**ATTORNEYS FOR ZACHARIA YUSUF ABDURAHMAN**

Dated: August 7, 2015                    GASKINS, BENNETT, BIRRELL, SCHUPP, LLP


By: ___*s/Andrew S. Birrell*___
Andrew S. Birrell, #133760
Paul C. Dworak, # 391070
333 South Seventh Street, # 3000
Minneapolis, Minnesota 55402
Telephone: (612) 333-9500
Facsimile: (612) 333-9579
abirrell@gaskinsbennett.com
pdworak@gaskinsbennett.com

**ATTORNEYS FOR HANAD MUSTOFE MUSSE**

Dated: August 7, 2015                MITCHELL, BRUDER & JOHNSON


By: __*s/Glenn P. Bruder*_____
Glenn P. Bruder, #148878
7505 Metro Boulevard, Suite 325
Edina, Minnesota 55439
Telephone: (952) 831-3174
Facsimile: (951) 831-3176
gbruder@bruderlaw.com

**ATTORNEY FOR GULED ALI OMAR**