UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Hamza Ahmed (01),
Adnan Abdihamid Farah (03),
Abdirahman Yasin Daud (04),
Zacharia Yusuf Abdurahman (05),
Hanad Mustofe Musse (06), and
Guled Ali Omar (07),

    Defendants.

**ORDER**
Crim. No. 15-49 (MJD/FLN)

_____

    John Docherty and Andrew Winter, Assistant United States Attorneys, Counsel for Plaintiff.

    Janeanne Murray, Murray Law LLC, Counsel for Defendant Hamza Ahmed.

    Paul Engh, Paul Engh Law Office, Counsel for Defendant Adnan Farah.

    Bruce D. Nestor, De Leon & Nestor, LLC, Counsel for Defendant Abdirahman Daud.

    Jon M. Hopeman and Marnie E. Fearon, Felhaber Larson, Counsel for Defendant Zacharia Abdurahman.

    Andrew S. Birrell, Paul C. Dworak, and Ian S. Birrell, Gaskins Bennett Birrell Schupp, LLP, Counsel for Defendant Hanad Musse.

Glenn P. Bruder, Mitchell, Bruder & Johnson, Counsel for Defendant Guled Omar.

_____

Defendants move the Court for an order limiting the visible display of security during trial. The Court will deny the motion at this time. Defendants may renew this motion after a trial date has been set.

IT IS HEREBY ORDERED that Defendants' Joint Motion to Limit Visible Display of Security During Trial [Doc. No. 192] is DENIED without prejudice.

Date:  August 28, 2015

s/ Michael J. Davis
Michael J. Davis
United States District Court