UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.  **ORDER**
Crim. No. 15-49 (MJD/FLN)

Hamza Ahmed (01),

    Defendant.
_____

Before the Court is Defendant Ahmed's Notice for Substitution of Counsel filed on March 16, 2016.

Local Rule 83.7 for the District of Minnesota provides that a notice of withdrawal and substitution is effective upon filing if three prerequisites are met: 1) a notice of appearance by substituted counsel, who affirms that he represents the defendant and the names, addresses and signatures of the withdrawing attorney and substituted counsel; 2) the withdrawal and substitution will not delay the trial or other progress of the case; and 3) in a criminal case, the notice is filed 30 prior to trial.

Given the seriousness of the charges in this matter, and the fact that withdrawing counsel had previously moved to continue the trial date due to the vast amount of discovery in this case, the Court is skeptical that substitution of

1

counsel at this time will not delay the trial date.

The Court is also concerned that withdrawing counsel was appointed and has therefore been paid through CJRA funds, and that substituted counsel has been retained and will be paid through private funds.

A hearing has been scheduled before the Court at 4:00 p.m. on March 18, 2016 in Courtroom 13E of the Minneapolis United States Courthouse to address these concerns.

IT IS HEREBY ORDERED that

1. Withdrawing counsel, JaneAnne Murray, bring to the hearing all billing records related to this matter;

2. Substituting counsel, Mitchell Robinson, bring to the hearing the applicable retainer agreement to provide attorney representation in this matter;

3. The Defendant provide to the Court his justification for substituting counsel at this time; and

4. The Government shall bring to the hearing the discovery turned over to date in this matter.

Date: March 18, 2016

                                                    s/ Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court