UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

Hamza Ahmed (01),
Mohamed Abdihamid Farah (02),
Adnan Abdihamid Farah (03),
Abdirahman Yasin Daud (04), and
Guled Ali Omar (07),

      Defendants.

**ORDER**

Crim. No. 15-49 (MJD/FLN)

_____

John Docherty, Andrew Winter and Julie Allyn, Assistant United States Attorneys, Counsel for Plaintiff.

JaneAnne Murray, Murray Law LLC, Counsel for Defendant Hamza Ahmed.

Murad M. Mohamud, Murad Defense P.A., and P. Chinedu Nwaneri, Nwaneri Law Firm, PLLC, Counsel for Defendant Mohamed Farah.

Kenneth U. Udoibok, Kenneth Ubong Udoibok, P.A., Counsel for Defendant Adnan Farah.

Bruce D. Nestor, De Leon & Nestor, LLC, Counsel for Defendant Abdirahman Daud.

Glenn P. Bruder, Mitchell, Bruder & Johnson, Counsel for Defendant Guled Omar.

_____

On March 25, 2016, the government notified counsel of record for Defendant Mohamed Farah of its intent to introduce testimony and evidence at trial in which a member of Mohamed Farah's defense team, Sheikh Hassan Jami, is referenced by a co-conspirator apparently preaching about jihad and related topics.

Based on the above,

IT IS HEREBY ORDERED that:

1.   The government shall file a motion and supporting memoranda to inquire as to whether there are grounds to disqualify counsel Murad M. Mohamud and P. Chinedu Nwaneri and/or Sheikh Hassan Jami on or before noon, March 29, 2016;

2.   All defendants shall file a responsive brief to the government's motion on or before noon, March 31, 2016;

3.   Defendants Adnan Farah, Hamza Ahmed, Abdirahman Daud and Guled Ali Omar may each file any motion that relates to the content of the government's motion to inquire on or before noon, March 31, 2016;

4.   The government shall file its reply brief and any response to a defense motion on or before noon, April 1, 2016; and

5.      A hearing on this matter is scheduled for 2:00 p.m. April 1, 2016 in

Courtroom 13E, United States Courthouse, Minneapolis, Minnesota.

Date:  March 28, 2016

                                          s/ Michael J. Davis
                                          Michael J. Davis
                                          United States District Court