UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case File No. 15-CR-49 (MJD/FLN)

United States of America,

       Plaintiff,

v.

Hamza Ahmed (01),
Mohamed Abdihamid Farah (02),
Adnan Abdihamid Farah (03),
Abirahman Yasin Daud (04),
Guled Ali Omar (07),

       Defendants.

**DECLARATION OF
JON M. HOPEMAN**

Jon M. Hopeman makes this declaration under Title 28, United States Code, Section 1746:

1. I am an attorney admitted to practice before this court since October 1976.

2. My partner Marnie E. Fearon and I are appointed to represent Zacharia Yusuf Abdurahman, one of the defendants in this case.

3. Mr. Abdurahman pled guilty on September 17, 2015, under the terms of a plea agreement filed with this court. Docket No. 280.

4. I am authorized by my client, Mr. Abdurahman, to disclose the following to this Court.

5. In the months before Mr. Abdurahman entered his plea of guilty, he was housed at the Sherburne County Jail in Elk River, Minnesota. He was in the same pod at the jail with two of his codefendants, Hamza Ahmed and Adnan Abdihamid Farah.

1283406.v1

During their months in custody all three young men had a number of talks with each other about whether to plead guilty or go to trial. Mr. Adnan Abdihamid Farah was the most vocal and insistent about the wisdom of pleading guilty. Adnan Abdihamid Farah decided to plead guilty and convinced my client, Zacharia Yusuf Abdurahman, that he should plead guilty also.

6. All three young men reached an agreement with each other that each of them would plead guilty under the same terms as in the plea agreement which Zacharia Yusuf Abdurahman eventually accepted.

7. When I informed the prosecution that Zacharia Yusuf Abdurahman had agreed to plead guilty, he was transported the next morning to another jail without notice to him, to Ms. Fearon, or to me. The day of his transport was the last time he saw or communicated with Hamza Ahmed or Adnan Abdihamid Farah.

8. When Zacharia Yusuf Abdurahman pled guilty, he was very surprised to come to Court and not see Hamza Ahmed or Adnan Abdihamid Farah in court pleading guilty as well, for he understood that they had committed to plead guilty and had informed their respective attorneys, JaneAnne Murray and Paul Engh, that they would plead guilty.

9. I am authorized by my client's father, Yusuf Abdurahman, to disclose the following facts to the Court.

10. It was announced to counsel in this case and the public that Zacharia Yusuf Abdurahman would plead guilty a day or two before he did so.

11. On the night before Zacharia Yusuf Abdurahman entered his guilty plea, his father Yusuf Abdurahman received a telephone call from Sheikh Hassan Jami, who stated he was waiting for Yusuf Abdurahman on the street outside his home and wanted to talk to him.  Yusuf Abdurahman walked from his apartment out to the street and met with Sheikh Hassan Jami.  Sheikh Hassan Jami brought with him Abdihamid Farah, the father of Adnan Abdihamid Farah.  Sheikh Hassan Jami said to Yusuf Abdurahman in the presence of Abdihamid Farah that he should tell his son Zacharia that Zacharia should not plead guilty, and no defendant in the case should plead guilty.  Sheikh Hassan Jami further said that all of the defendants should stick together and go to trial, and if they did, good things would happen. Yusuf Abdurahman replied that his son was going to take the advice of his attorneys, which was to plead guilty.  Yusuf Abdurahman further replied that he had talked to his son and his son's lawyers, and he was going to do what was best for his son, which was to support his son's decision to plead guilty.  The next day Zacharia Yusuf Abdurahman pled guilty.

12. Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2016

<u>*s/ Jon M. Hopeman*</u>
Jon M. Hopeman