

Imam Hassan Jaamici Mohamud added 2 new photos — with Jaylani Hussein and 9 others.
Yesterday at 8:01am

Need your support: Dear friends;
If we don't support each other now and defend our Islam and its teachings than the same issue will come to your house. You should make time to support the Islam and Muslimu community issues in Minnesota.

To make it clear we, Muslims in Minnesota are against all forms of terrorism and violent extremism because they are against Islam.

There is a court on this Friday April 1, 2pm. They want to remove me from the defense team of one somali youth alleged that he planned to join ISIS. I am helping the case as Law Clerk, and expert of Islam who knows both American law and Islamic law. It is necessary to stay in this case to give the defendant a fair representation.
The government is saying that I, as Imam one day I talked about how to perform prayer when the person is in Jihad. it is called prayer of fear (Salatul Khowf) which is in every fiqi or hadith book of prayer in islam which all Imams talk about or teach as part of our Imams role to each the people how to pray in any condition. It is nothing to do with terrorism. It is about prayer wherever you are so you are always connected to God.
I am not sure if even I ever met the person who told the government that I talked about the topic of prayer in jihad although talking about every prayer is not a crime. They are saying it is conflict of interest which may affect the integrity of justice. I believe being in the team is the interest of defendant to have the best defense team to get fair trial.
I just need you to support the work I do as Imam Hassan Mohamud based on the capacity of Imam and community leader to help save our youth from all types of challenges they face in America. As you know we are all against all forms of violent extremism and we believe it is not part of Islam. We also believe it's part of Muslims ' duty to protect our neighbors as prophet Muhammad PBU instructed us in his tradition.
It is important to stand next to each other to show the support. Teaching of fiqi or hadith books in the mosques are nothing to do with issue of terrorism or violent extremism. We don't want Muslims to run away from studying fiqi or hadith books in the mosques.
If we don't support each other now then next time the government will question whoever is teaching Khushu Salat or traveling salat (Salatu Safar).
May Allah show us the truth and help us to follow and protect it. Aamiin.
Court Address Address: 300 S 4th St, Minneapolis, MN 55415
Time is 2pm.
Date this Friday, April 1, 2016.
Phone: (612)664-5000
The prophet (PBU) said: support your brother whether he is oppressed or oppressor. He was asked how we support if he is oppressor. The prophet (PBU) replied you stop him from oppression or injustice he/she is committing".
Please share with others to get reward from Allah to support the Imams.

**Selected Hadiths From Riyadh Al-Saliheen**

Help your brother, whether he is an oppressor or is oppressed

انصر أخاك ظالما أو مظلوما

وعن أنس رضي الله عنه قال قال رسول الله صلى الله عليه و سلم : [ انصر أخاك ظالما أو مظلوما ] فقال رجل : يا رسول الله أنصره إذا كان مظلوما ، أرأيت إن كان ظالما كيف أنصره ؟ قال : [ تحجزه أو تمنعه من الظلم فإن ذلك نصره ] رواه البخاري

Anas (May Allah be pleased with him) reported: Messenger of Allah (PBUH) said, "Help your brother, whether he is an oppressor or is oppressed". A man enquired: "O Messenger of Allah! I help him when he is oppressed, but how can I help him when he is an oppressor?" He (PBUH) said, "You can keep him from committing oppression. That will be your help to him".

[Narrated by Al-Bukhari]



A Call to Unity