UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAMZA AHMED (01), )<br>MOHAMED ABDIHAMID FARAH (02), )<br>ADNAN ABDIHAMID FARAH (03), )<br>ABDIRAHMAN YASIN DAUD (04), and )<br>ZACHARIA YUSUF ABDURAHMAN (05), )<br>HANAD MUSTOFE MUSSE, (06), and )<br>GULED ALI OMAR (07), )<br>)<br>Defendants. | Case No. 15-49 (MJD/FLN) |

**PROTECTIVE ORDER**
**PERTAINING TO RULE 16 DISCOVERY**

WHEREAS, the government asserts that it has a compelling interest in preventing certain sensitive discovery materials from being disclosed to anyone not a party to the court proceedings in this matter; and that such material includes personal identifying information implicating the privacy interests of the defendants and third parties;

WHEREAS, the Court has the power under Federal Rules of Criminal Procedure 16(d)(1) ("Rule 16") and 26.2 to grant appropriate relief where required in the interests of justice;

THEREFORE, IT IS HEREBY ORDERED pursuant to Rule 16(d) that discovery materials shall not be further disseminated by the defendant or his counsel of record to any individuals, organizations or other entities, other than: (i) members of the defense

team (co-counsel, paralegals, investigators, translators and interpreters, litigation support personnel, the defendant, and secretarial staff) and (ii) experts retained to assist the defense.  Each of the individuals to whom disclosure is made pursuant to the above provision shall be provided a copy of this protective order and will be advised that he or she shall not further disseminate the materials except by the express direction of counsel of record or co-counsel.  In addition, counsel of record for the defendant, any co-counsel, and any member of the defense team (as defined above) may show (but not provide copies of) any of such general discovery materials to witnesses or potential witnesses, if it is determined that it is necessary to do so for the purpose of preparing the defense of the case;

IT IS FURTHER ORDERED that all discovery material is to be returned to the Government at the conclusion of the case;

IT IS FURTHER ORDERED that nothing in this Order shall preclude the government or the defendant from seeking a further protective order pursuant to Rule 16(d) as to particular items of discovery material;

FINALLY, IT IS ORDERED that this Order is entered without prejudice to either party's right to seek a revision of the Order by appropriate motion to the Court.

SO ORDERED, this 1st day of April, 2016

s/ Michael J. Davis
HONORABLE MICHAEL J. DAVIS
United States District Court Judge