UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Hamza Ahmed (01),
Mohamed Abdihamid Farah (02),
Abdirahman Yasin Daud (04), and
Guled Ali Omar (07),

    Defendants.

**ORDER**

Crim. No. 15-49 (MJD/FLN)

_____

    John Docherty, Andrew Winter and Julie Allyn, Assistant United States Attorneys, Counsel for Plaintiff.

    Murad M. Mohammad, Murad Defense P.A., Counsel for Defendant Mohamed Farah.

    Bruce D. Nestor, De Leon & Nestor, LLC, Counsel for Defendant Abdirahman Daud.

    Glenn P. Bruder, Mitchell, Bruder & Johnson, Counsel for Defendant Guled Omar.

_____

    This matter is before the Court on the parties' motions in limine.

    1.    Government's Request for Judicial Notice [Doc. No. 497] is GRANTED;

2. Government's Motion to Allow Special Agent Carson Green to Sit at Counsel Table [Doc. No. 498] is GRANTED;

3. Motion to Limit the Impeachment of Abdullahi Yusuf and Abdirahman Bashir [Doc. No. 499] is RESERVED;

4. Defendant Daud's Motion Regarding Summary Statement of USCIS Officer Opining on Defendant's Credibility [Doc. No. 504] is GRANTED.  Page 21 of Government Exhibit No. 14 (00032347) will be EXCLUDED;

5. Defendant Daud's Motion to Disclose Medical Records of Abdirahman Bashir [Doc. No. 500] is RESERVED.  The Government shall submit to the Court for *in camera review* medical records related to Abdirahman Bashir's admittance to the Scripps Highland Hospital in San Diego, California on August 31, 2015, including any psychologist reports.

Date: May 9, 2016

s/ Michael J. Davis
Michael J. Davis
United States District Court