UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                **ORDER**
                                Crim. No. 15-cr-49 (MJD/FLN)

Hamza Naj Ahmed, et al.,

    Defendants.

_____

United States of America,

    Plaintiff,

v.                                Crim. No. 15-cr-46 (MJD/FLN)

Abdullahi Mohamud Yusuf,

    Defendant.

_____

United States of America,

    Plaintiff,

v.                                Crim. No. 16-cr-37 (MJD)

Abdirizak Mohamed Warsame,

    Defendant.

_____

      On August 12, 2016, the government, at the direction of this Court, filed a

Report to the Court that summarizes sentencing data from cases around the

country in which one or more defendants have been convicted of providing, or conspiring to provide, material support and resources to the Islamic State in Iraq and the Levant ("ISIL").  (Crim. No. 15-49, Doc. No. 615)

The government is directed to continually update this Report until the above defendants have been sentenced.

Date:  August 12, 2016

s/ Michael J. Davis
Michael J. Davis
United States District Court
