**EXHIBIT C**













REDACTED