To Whom It May Concern:

My name is Naji Ahmed Ibrahim. I am the father of Hamza Naj Ahmed. I am a 48 years old and father of five children. Along with my oldest child and the mother of my children, we moved to USA from Kenya in 1994. A year later Hamza was born in San Diego, California. I moved to Minnesota in 1996 for a better chance for work and a year later the family joined me here.

Right after the doctors delivered Hamza,  I was the first to hold him. Ever since then, Hamza never left my sight except when I wonder our nation to look for a better job. I know Hamza as someone who always obeys parents rule. He is one of the nicest kids that I know. He is a very respectful person who is a very friendly with all. Even as a child Hamza was always nice to others. Our neighbor's children always use to come and look for him to play. He is a very sharing and caring child of mine. From childhood, Hamza was always helpful in caring for younger children and helping with household shores. At his teen, he even took over for me in for shopping, doing laundries, and more.

At age where a normal teen is usually away from home playing, Hamza is always busy with raising the younger siblings with us. When other teens get in trouble with laws, Hamza always respects laws and followed rules. Hamza never got into trouble with law. Along with being a very peaceful person, a very caring and hardworking, he use to be a very talented kid in many sports. At his early age, his body use to be very flexible and a very talented swimmer and gymnast. I feel those talents were lost because of our financial hardship. We were not able to afford the swimming class and gymnastic class. As he grew a little older he spent many hours of his extra hours at volunteering throughout many communities; school, Oromo, and Somali communities. He is also well connected with our large family members and always become a very creative in helping children during our family gathering.

My heart broke ever since he was arrested. Prior to his arrest when I received a visit from FBI agents, I couldn't believe what I was hearing! I was shocked to the point where I got really sick and was not able to move and even missed work because of it. Once Hamza came home, we talked to him and we were confused what to believe. We believe his intention was to help children, not to fight.

After he came back from New York, Hamza went back to school full-time and busy himself with families. He distances himself with those children that he was arrested with. He went back to his dream of becoming a nurse, because even though he did not graduate from high school, he put himself through adult education which allowed him to get into higher education. He was working hard at his school work three months prior to his arrest date and not even a once he ever tried to break the rules ever since he was asked to go back home by FBI agents in New York.

His incarceration has lots of negative impact on the family as whole. As a father it is really devastating for me. Ever since he was arrested, apart from missing him, my health situation is just going downward. Majority of household activities that I was not

able to do because my health, all went back on my shoulder. Since he became strong enough to mow the lawn, help with children activities, and do works that require muscle, I left them all on him because of my health problems. Now that he is away from home, all of the work became my responsibility which is having a negative effect to my health.

As Hamza's father, I do not condone his actions. We escaped to US with our lives to a peaceful country. Hamza deeply regretted, apologized to all, and even prior to his arrest, he promised us that he will never be on that rout by returning his passport to us, going back to school full time and distancing himself from those friends he traveled to New York with. As a family, we are committed to helping Hamza even saving money to repay the student loans wrongly used. So, as his father, I believe that he really deserves a second chance. The whole family are all working hard with us on ways to bring him back to become a full productive community member.

I believe Hamza is really respectful, peaceful, law aboding, caring, and the nicest of all. Even a normal move away for a child who goes out to college is hard on parents, let alone having a child incarcerated. Because of his past and because he regretted and apologized to all, as a father, I beg you all to give my son, Hamza Naj Ahmed, a second chance.

Thank you all so very much!

Sincerely,

Naji Ahmed Ibrahim

To Whom It May Concern:

My name is Fatia Musa Good. I am the mother of Hamza Naj Ahmed. I am 45 years old and a mother of six children. I came to USA from Kenya in 1994. I now reside in Savage, MN with my children since 2007 and work in St. Louse Park, MN since 1999.

From birth, Hamza never left his mother's nest except in jail. He now deeply regrets and apologized to all. I know that we raise Hamza and any other chld of ours to obey rules at home. Along with being a respectful, friendly, and peaceful person, he is very caring and hardworking.

I heard from his father who was parenting the rest of the kids at the time FBI agents the bad news. My heart broke and I couldn't believe what I was hearing. I couldn't wait for his return. When he came, we quickly set a family meeting talked to him about the incident and reached a deal for him to put everything behind and moved forward with his life without having any connection with those children that was traveling with.

Because we raised Hamza the right way, we believed him when he promised us that he will go back to his normal life. He did as he promised. Hamza went back to school, left everything behind that took him out track for a bit. I have never heard or seen him associate with those groups. He never asked us about the passport we took from him and when we suggested that he forgets about phone, he never questioned why. Hamza worked hard to put himself into higher education. He is a very productive citizen.

When a productive citizen like Hamza is ends up in prison, the community and the country will not benefit them being behind bars. Hamza's incarceration has left us with many broken heart as a family and as a community. Tears never dried from me. I always cry. Every time kids ask me about where he is, I cry. I sometime manage to bring the kids to show them where he is, but life is never the same for our family since his arrest. Hamza's incarceration has turned the world upside down in many ways.

Hamza assured us that he deeply regretted this. Our family is committed to repay the student loan. As his mother and by the name of lovely siblings of Hamza who he raised with me and who dearly missed him and cry for him, I believe that he really deserves a second chance.

Sincerely,

Fatia Musa Good

To Whom It May Concern:

Our names are Kamal Ahmed Ibrahim and Naima Sheikh Osman. We are uncle and aunt to Hamza Naj Ahmed. Kamal (my husband) is 45 years old and I, Naima is 32 years old. We are a mother and a father to five wonderful kids. We both live in our home in North Minneapolis with our children and our brother Naji Ahmed Ibrahim. Kamal came to US in 1994 and I, Naima, came to US in 2000. We moved to North Minneapolis, to our new home, in 2008 and living here happily ever since then. We are both a working parents and very active member of the community.

Kamal known Hamza since birth and I, Naima, met Hamza in 2000 when he was a just child. We know Hamza as a very caring and loving child. We consider him like a son. Our daughters see him as an older brother. He is a very talent kids in ways of helping kids of all ages. We love and miss him very dearly. He use to check on our kids and help them with homework over the weekends. Since Kamal is busy working and I am not familiar with school work, Hamza use to fill that gap and stand by up at all time.

When we learned that he was arrested, we were surprised and very sadden. All those years that he use to come to our house, play with our kids, and advices them, we have never heard and felt any unusual behavior, activities that are related to "radical" believes. We, including our kids never suspect that Hamza will fall for such a bad propaganda. We strongly condemn his poor choice to think about going to Syria. We were relieved to know that he came to his sense, forget about the group, condemn their actions, regretted his poor judgment, and apologized to everyone. Although we do not condone, we believe that he deserves a break and that community interests would not be served by him going to prison. We believe that if he is released to us, he will be reintegrated to the community very easily. For reintegration, our home is open for him until he is ready to join the larger community. Our family is a very large in Minnesota and our home is open to all who will join us to help him reintegrate into the community.

Hamza's impressment has negatively affected so many family members. His siblings and our children have missed him very dearly and will love to see him back into their house. Since he strongly regretted and apologized to all, we would like to beg you all to consider Hamza's release back into our hand, so we could help him to go back to the larger community.

Sincerely,

*Naima Osman  Kamal Ibrahim*

Naima Sheikh Osman and Kamal A. Ibrahim



# TAWFIQ ISLAMIC CENTER
2400 Minnehaha Ave Minneapolis, MN 55404
Tel: (612) 588-1160   Fax: (612) 588-3058   E-mail: info@tawfiqic.org

**EDUCATION**

WEEKEND
SCHOOL

ADULT
EDUCATION

**SOCIAL SERVICES**

FAMILY
COUNSELLING

WEDDING
SERVICE

FUNERAL
SERVICE

FOODSHELF

**OTHER SERVICES**

YOUTH
PROGRAM

BOOKSTORE

MEDIA

**EVENTS**

CONFERENCES

RAMADAN

EIDS

March 4, 2016

To Whom It May Concern:

RE: Character Reference for Hamza Naj Ahmed

I am writing this letter on behalf of Tawfiq Islamic Center to attest the good character of Hamza Naj Ahmed. We have known him and his family for over 10 years as our community members at large.

The young Ahmed had been studying weekends at our center from his preschool year until his early teens, i.e. is just before 2013, when they moved away from where our center is located. I could confirm from our management members who have known him in person that he was friendly and considerate normal boy dedicated to learning and helping others.

Moreover, he had been a regular volunteer over the years in delivering services in our community as a cleaner and care taker of children especially during the weekends and the month of Ramadan.

I am aware that he has been charged with very series issue which is very worrisome to us as a community. We believe this behavior is wrong and unusual of his character as we know and it happened due to poor judgment. Indeed he is accountable for his wrong doings, but he needs to be rehabilitated so that he can be productive and responsible citizen.

Since he has regretted and fully accepted responsibility for his misdeeds, we would really appreciate if he is given a second chance; and as a community, we are happy and willing to help him recover and be part of us again. We express our appreciation for any help and consideration accorded to him to this effect.

Respectfully Yours,

*Oumer M Wako*

**Oumer M Wako**
*Executive Director*
*Tawfiq Islamic Center*



*The mission of Tawfiq Islamic Center is to promote community development through social and educational programs in light of Quran and Sunnah.*

**www.tawfiqic.org**

Scanned by CamScanner



**Confederation of Somali Community in Minnesota**
**Brian Coyle Community Center**
**420 15th Avenue South, Minneapolis, MN 55454**
**Phone (612) 605-3222 - Fax (612) 605-3266**

October 10, 2016

Honorable Michael Davis
United States District Court
U.S. Courthouse, Suite 13E
300 South Fourth Street
Minneapolis, MN 55415

**RE: UNITED STATES V. HAMZA NAJ AHMED**
**CRIM. NO. 15-49**

Dear Sr. Judge Michael Davis:

I am writing on behalf of Mr. Hamza Naj Ahmed concerning his upcoming sentencing relative to the above-referenced indictment.

I have known Mr. Ahmed's family for many years. I understand the seriousness of this charge and I must therefore stress how this behavior deviates from Mr. Ahmed's normal actions and temperament. He made a terrible mistake, for which he is tremendously sorry, and I can only hope that will weigh heavily on your mind when you make your decision.

In my capacity as the executive director of the Confederation of Somali Community in Minnesota, I have become deeply concerned with my community's need to heal. I am requesting that Mr. Ahmed is referred to community-based restorative justice program that holds him accountable, while offering him a path to work his way back in to our society, will be the best way of strengthening our community and keeping society safe.

I am hopeful that Mr. Ahmed can be rehabilitated and will serve as a model for rehabilitation and community reconciliation going forward.

Your honor, I am quite familiar with facts of this case and I would appreciate any consideration you can give Mr. Ahmed when imposing sentencing.

Very respectfully yours,

Mohamud Noor

Executive Director

*Our Mission: To strengthen the capacity of Somalis in Minnesota to become contributing members of society, while keeping their culture.*
www.csc-mn.org